Fill in this information to identify the case:

United States Bankruptcy Court for the:
Eastern District of Michigan ▼
Case number (if known): _____ Chapter 15

**FILED**
MAR 10 2020
US Bankruptcy Court
MI Eastern District

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | PARKS, JOSEPH | |
| 2. Debtor's unique identifier | For non-individual debtors:<br>☐ Federal Employer Identification Number (EIN) _____<br>☐ Other _____. Describe identifier _____<br><br>**RECEIVED MAR 10 2020 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN**<br><br>For individual debtors:<br>☑ Social Security number: xxx – xx– 2 6 9 9<br>☐ Individual Taxpayer Identification number (ITIN): 9xx – xx – ___ ___ ___ ___<br>☑ Other 84-6419160 _____. Describe identifier _____ | |
| 3. Name of foreign representative(s) | International Organization Foreign Grantor - Joseph Parks # 98-6093821 | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | IRS - SS4 living phone request | |
| 5. Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>see attached NON-UCC "RE 364 667 170 US" and IRS Transfer Form 926<br>International Organization Foreign Grantor Filed "FOR" the DEBTOR | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes | |

| Debtor | PARKS, JOSEPH | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**   Attach a list containing the names and addresses of:
  (i) all persons or bodies authorized to administer foreign proceedings of the debtor,
  (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
  (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

UNITED STATES "DC"

Debtor's registered office:

1630 RIVER VIEW DRIVE
Number    Street

_____
P.O. Box

ROCHESTER HILLS    MI    48309
City    State/Province/Region    ZIP/Postal Code

UNITED STATES - DC
Country

Individual debtor's habitual residence:

1630 RIVER VIEW DRIVE
Number    Street

_____
P.O. Box

ROCHESTER HILLS    MI    48309
City    State/Province/Region    ZIP/Postal Code

UNITED STATES - DC
Country

Address of foreign representative(s):

c/o: 1630 River View Drive
Number    Street

_____
P.O. Box

Rochester Hills    Mi    48309
City    State/Province/Region    ZIP/Postal Code

Republic of the United States of America
Country

**10. Debtor's website (URL)** _____

**11. Type of debtor**

Check one:

☐ Non-individual (check one):
  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
  ☐ Partnership
  ☐ Other. Specify: _____

☒ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

20-43659-pjs    Doc 1    Filed 03/10/20    Entered 03/12/20 11:19:03    Page 2 of 3

| Debtor | PARKS, JOSEPH | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

*Check one:*

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____ .

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
NON-UCC "RE 364 667 170 US" and IRS Transfer Form 926_____ .

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Joseph P_____     Joseph; Parks
Signature of foreign representative          Printed name

Executed on  02/29/2020
            MM / DD / YYYY

✗ _____     _____
Signature of foreign representative          Printed name

Executed on  _____
            MM / DD / YYYY

**14. Signature of attorney**

✗ _____   Date _____
Signature of Attorney for foreign representative        MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 3

20-43659-pjs    Doc 1    Filed 03/10/20    Entered 03/12/20 11:19:03    Page 3 of 3